UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY MARTIN,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

Case No. 1:12-CV-1030

HON. ROBERT HOLMES BELL

**ORDER APPROVING AND ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On February 3, 2014, Magistrate Judge Hugh W. Brenneman issued a Report and Recommendation ("R&R") (Dkt. No. 13) recommending that the final decision of the Commissioner of Social Security denying Plaintiff Gregory Martin's claim for disability insurance benefits ("DIB") and supplemental security income benefits ("SSI") be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g). No objections have been filed, and the deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the Magistrate Judge's February 3, 2014, R&R (Dkt. No. 13) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the final decision of the Commissioner of Social Security denying Plaintiff Gregory Martin's claim for disability insurance benefits ("DIB") and supplemental security income benefits ("SSI") is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS FURTHER ORDERED** that on remand, the Commissioner should re-evaluate Plaintiff's credibility. As part of this re-evaluation, the ALJ should address Plaintiff's inability to afford treatment and Dr. Septer's treatment of Plaintiff's mental condition after April 2010.

Dated: February 24, 2014 /s/ Robert Holmes Bell
ROBERT HOLMES BELL
UNITED STATES DISTRICT JUDGE