UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY MARTIN,

        Plaintiff,                                   Case No. 1:12-CV-1030

v.                                               HON. ROBERT HOLMES BELL

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
        _____/

### ORDER APPROVING AND ADOPTING
### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On April 17, 2015, Magistrate Judge Hugh W. Brenneman issued a Report and Recommendation ("R&R") (ECF No. 18) recommending that Plaintiff's application for attorney fees pursuant to the Equal Access to Justice Act ("EAJA") (ECF No. 16) be granted in part and that Defendant pay Plaintiff attorney fees in the amount of $4,182.50 and costs in the amount of $350.00. No objections have been filed, and the deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the Magistrate Judge's April 17, 2015, R&R (ECF No. 18) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's application for attorney fees pursuant to the EAJA (ECF No. 16) is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** that Defendant shall pay Plaintiff attorney fees in the amount of **$4,182.50** and costs in the amount of **$350.00**.


Dated: June 4, 2015  /s/ Robert Holmes Bell
ROBERT HOLMES BELL
UNITED STATES DISTRICT JUDGE